UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>D-1  DUSTIN JAMES-DOMINIC ROBERTSON,<br>D-2  ELIZABETH ANN SIMPSON,<br><br>Defendants.<br>_____/ | Case: 2:25-cr-20759<br>Assigned To : Grey, Jonathan J.C.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 10/7/2025<br>IND USA V. SEALED MATTER (CMC)<br><br>Violations:<br>18 U.S.C. § 1349<br>18 U.S.C. § 1343<br>18 U.S.C. § 1028A(a)(1)<br>18 U.S.C. § 2 |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 1349
*Conspiracy to Commit Wire Fraud*

D-1  DUSTIN JAMES-DOMINIC ROBERTSON
D-2  ELIZABETH ANN SIMPSON

1.  From on or about March 22, 2019 through on or about November 6, 2024, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendants, DUSTIN JAMES-DOMINIC ROBERTSON and ELIZABETH ANN SIMPSON, and other individuals, both known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree with each other to violate Title 18, United States

1

Code, Section 1343, that is, to devise and execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing such pretenses, representations, and promises were false and fraudulent when made, and the defendants and others transmitted and caused to be transmitted, by means of wire, radio, and television communication, writings, signals, pictures, and sounds in interstate and foreign commerce for the purpose of executing such scheme and artifice, all in violation of Title 18, United States Code, Section 1349.

## Purpose of the Conspiracy

2.     The purpose of the conspiracy was for the defendants to fraudulently obtain rental cars by means of materially false and fraudulent pretenses, representations, and promises, with the intent to defraud and with knowledge of the scheme's fraudulent nature. To execute the scheme, the defendants reserved rental cars online using stolen credit card information and fraudulent identities. The defendants then picked up the rental cars, or directed others to pick up the rental cars, by presenting false identification documents and credit cards. The

defendants would not return the rental cars as promised and would instead sell them or retain them for their own use.

## Manner and Means

3. The manner and means by which the defendants sought to accomplish the purpose of the conspiracy included, among others, the following:

4. *Step 1.* The defendants obtained stolen credit card information and personally identifying information ("PII") belonging to multiple individuals in the United States ("identity theft victims"). In some instances, the defendants arranged for other individuals ("other co-conspirators") to open bank accounts and credit cards in their own names or in fake names, knowing that these accounts would be used to further the fraud scheme.

5. *Step 2.* The defendants made online rental car reservations under the names of identity theft victims or other co-conspirators.

6. *Step 3.* The defendants or other co-conspirators picked up fraudulently reserved rental cars from national rental car retail locations in the Eastern District of Michigan. When picking up the cars, the defendants and other co-conspirators presented false identification

documents with PII of identity theft victims, along with stolen or counterfeit credit cards, or debit cards with insufficient funds. When picking up the cars, the defendants and other co-conspirators made false statements promising to pay for and return the rental cars.

7. *Step 4.* National rental car retail locations in the Eastern District of Michigan released rental cars to the defendants and other co-conspirators, relying on their false and fraudulent representations about their identities and source of payment.

8. *Step 5.* Defendants took control of the rental cars and did not return them as promised. The defendants then used, sold, or transferred the rental cars to others for profit. In some instances, the defendants created or obtained fake title documents and sold the cars to unsuspecting buyers. In some instances, the defendants transferred the stolen cars outside of the State of Michigan. In some instances, the defendants returned the cars to rental car retail locations late and without payment.

## COUNTS TWO, THREE, AND FOUR
18 U.S.C. §§ 1343, 2
*Wire Fraud*

D-1   DUSTIN JAMES-DOMINIC ROBERTSON
D-2   ELIZABETH ANN SIMPSON

9. Paragraphs 2 through 8 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

10. From on or about March 22, 2019 through on or about November 6, 2024, in the Eastern District of Michigan, and elsewhere, the defendants, DUSTIN JAMES-DOMINIC ROBERTSON and ELIZABETH ANN SIMPSON, with the intent to defraud, knowingly devised and executed a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses and representations, as set forth and described in paragraphs 2-8 of this Indictment.

11. On or about the dates set forth below, in the Eastern District of Michigan, the defendants, for the purpose of executing and attempting to execute the scheme set forth above, knowingly caused interstate wire transmission of the writings, signs, signals, and sounds described below, and aided and abetted each other and others known and

5

unknown to the Grand Jury, each count constituting a separate count of the indictment:

| Count | Defendants | Date | Description |
|---|---|---|---|
| 2 | D-1<br>D-2 | March 2, 2023 | 2022 Dodge Durango rented in Rochester Hills, MI; reservation made online |
| 3 | D-1<br>D-2 | April 7, 2023 | 2023 Chevy Suburban rented in Rochester Hills; reservation made online |
| 4 | D-1<br>D-2 | April 26, 2024 | 2023 Chevrolet Tahoe rented in Novi, MI; reservation made online |

12. All in violation of Title 18, United States Code, Sections 1343, 2.

## COUNT FIVE
18 U.S.C. § 1028A(a)(1)
*Aggravated Identity Theft*

D-1   DUSTIN JAMES-DOMINIC ROBERTSON

13. On or about April 26, 2024, in the Eastern District of Michigan, the defendant, DUSTIN JAMES-DOMINIC ROBERTSON, knowingly transferred, used, and possessed, without lawful authority, a means of identification of another person during and in relation to a felony enumerated in 18 U.S.C. § 1028(A)(c)—that is, wire fraud in violation of 18 U.S.C. § 1343, as alleged in Count Four—knowing that the means of

6

identification belonged to another person, in violation of Title 18, United States Code, Section 1028A(a)(1).

**FORFEITURE ALLEGATIONS**
18 U.S.C. § 981 and 28 U.S.C. § 2461

14. The allegations contained in this Indictment are realleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461(c).

15. Upon being convicted of the offenses in violation of Title 18, United States Code, Section 1343 or 1349, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, which constitutes, or is derived from, proceeds traceable to such violation(s) and, pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

16. Money Judgment: Forfeiture includes, but is not limited to, a forfeiture money judgment against the defendant, in favor of the United States, in a dollar amount representing the total amount of proceeds obtained by the defendant as a result of the offenses of conviction.

7

17. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be subdivided without difficulty;

18.   It is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of the defendant up to the value of the forfeitable property described above.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON
United States Attorney

*s/John K. Neal*
JOHN K. NEAL
Chief, Anti-Corruption Unit

*s/Sara D. Woodward*
SARA D. WOODWARD
Assistant United States Attorney

Dated: October 7, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:25-cr-20759<br>Assigned To : Grey, Jonathan J.C.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 10/7/2025<br>IND USA V. SEALED MATTER (CMC) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: S.D.W. /s/ |

**Case Title:** USA v. Dustin Robertson and Elizabeth Simpson

**County where offense occurred :** Oakland County

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:            ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 7, 2025
Date

s/ Sara D. Woodward
Sara D. Woodward
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9180
E-Mail address: sara.woodward@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.